FILED

02/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0552

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0552

_____

STEPHANIE KIPFINGER, BEN
CUNNINGHAM, Individually and as Natural
Guardian and Next of Friend of Everett
Cunningham, A Minor,

      Plaintiffs and Appellants,

  v.

                                   O R D E R

GREAT FALLS OBSTETRICAL and
GYNECOLOGICAL ASSOCIATES, and
JULIE KUYKENDALL.

      Defendants and Appellees.

_____

Appellants have filed a second unopposed motion for extension of time to file their opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellants has until March 25, 2022, within which to file their opening brief. Further briefing deadlines shall follow the Montana Rules of Appellate Procedure.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 11 2022